|   |   |
|---|---|
| 1 | NOT FOR PUBLICATION |
| 2 | **Filed 10/6/2006** |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| D. LIN NGUYEN, | Case Number C 06-05711 JF (PVT) |
| Plaintiff, | ORDER[1] DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| THE LAW OFFICE OF PHUC DINH DO, PHUC DIN DO, | [re: docket no. 2 ] |
| Defendants. | |

Petitioner filed an application to proceed *in forma pauperis* on September 19, 2006. Plaintiff filed a complaint in this action on the same date. This complaint consists of a series of unmarked exhibits preceded by this paragraph:

> I, D. Lin Nguyen, declare that I personally know the facts recited below and if called as a witness would and could competently testify thereto. I have the Chapter 13 Case # <u>96-54287JRG</u>. Why didn't you follow the contract that we both signed to help me? Why did I hire you because the Law Office of David A. Boone opened a second Chapter 13 that made me lose my contractor license of Western Roofing Company.

The complaint provides no explanation of the attached documents.

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 06-05711 JF (PVT)
ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC2)

1  Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil
2  action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing
3  fees necessary to pursue the action. 28 U.S.C. § 1915(a)(1).  The Court may deny *in forma*
4  *pauperis* status, however, if it appears from the face of the proposed complaint that the action is
5  frivolous or without merit.  *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990); *Tripati v. First*
6  *National Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987).  The Court will DENY without
7  prejudice his application to proceed *in forma pauperis* on the ground that his complaint as
8  presently framed, on its face, fails to state a cognizable claim. *See* Sargeant v. Dixon, 130 F.3d
9  1067, 1069 (D.C. Cir. 1997).

14  DATED: October 6, 2006

_____
JEREMY FOGEL
United States District Judge

Case No. C 06-05711 JF (PVT)
ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC2)

1  Copies of Order mailed on October 6, 2006 to:

2  D. Lin Nguyen
   2174 Diana Place
3  San Jose, CA 95116

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 06-05711 JF (PVT)
ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC2)