1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| D LIN NGUYEN, | ) | Case No.: C-06-5711 JF  PVT |
| | ) | |
| Plaintiff, | ) | ORDER RETURNING DOCUMENTS |
| | ) | |
| v. | ) | |
| | ) | |
| THE LAW OFFICE OF PHUC DINH DO | ) | |
| ET AL, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

In November of 2006, Plaintiff D. Lin Nguyen mailed to Magistrate Judge Trumbull a stack of papers unrelated to any pending discovery dispute.[1]  By Order dated December 15, 2006, the court returned the documents, explaining that this matter has been referred to Magistrate Judge Trumbull solely for discovery disputes relating to this action.  The December 15, 2006 Order prohibited Plaintiff from sending documents to Judge Trumbull that do not relate to a pending discovery matter.  On May 22, 2007,  Judge Trumbull received a packet of materials that do not relate to a pending discovery dispute.

Accordingly, It Is Hereby Ordered that the documents are being returned to Plaintiff

---

[1]    The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

1  along with a copy of this Order and Judge Trumbull shall take no action in relation to these

2  documents.

3      IT IS SO ORDERED.

4  Dated: May 23,  2007

5                                          _Patricia V. Trumbull_

6                                          PATRICIA V. TRUMBULL
                                           United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    copies mailed on 5/24/07    to:

2    Plaintiff

3    D. Lin Nguyen
     2174 Diana Place
4    San Jose, CA 95116

5
                                        /s/ Corinne Lew
6                                       CORINNE LEW
                                        Courtroom Deputy
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28