**Filed 10/12/2007**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| D. LIN NGUYEN, | Case Number C 06-05711 JF (PVT) |
| Plaintiff, | JUDGMENT |
| v. | |
| PHUC DIN DO, | |
| Defendant. | |

Defendant's motion for summary judgment having been granted, and good cause therefor appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be granted entered in favor of the Defendant. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: October 12, 2007

_____
JEREMY FOGEL
United States District Judge

Case No. C 06-05711 JF (PVT)
JUDGMENT
(JFLC3)

1
2  Copies of Order mailed to:
3
4  D. Lin Nguyen
   2174 Diana Place
5  San Jose, CA 95116

6  Phuc Dinh Do at
7  phucdinhdo@gmail.com

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No. C 06-05711 JF (PVT)
JUDGMENT
(JFLC3)