**Filed 11/19/2007**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| D. LIN NGUYEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PHUC DIN DO,<br><br>　　　　　　Defendant. | Case Number C 06-05711 JF (PVT)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR RECONSIDERATION |

   Plaintiff D. Lin Nguyen ("Plaintiff") filed the instant action on September 19, 2006 alleging attorney malpractice. On September 11, 2007, Defendant Phuc Din Do ("Defendant") filed a motion for summary judgment. Defendant's motion for summary judgment was noticed for a hearing on October 12, 2007. Neither party appeared. Accordingly, the Court took the motion under submission without oral argument. On October 12, 2007, the Court granted Defendant's motion for summary judgment and entered final judgment in favor of Defendant.

   Following entry of final judgment, Plaintiff continues to file documents with the Court including:

   1.　　A "Declaration of Nolo Pedestrian" filed October 19, 2007;

   2.　　An "Affidavit" (as named by the Court) filed October 22, 2007;

1      3.      A "Direct Examination Outline" filed October 26, 2007;

2      3.      A "Motion for Summary Judgment" filed October 29, 2007;

3      4.      A "Request for Admission" filed October 30, 2007;

4      5.      A "Request for Order" filed November 6, 2007;

5      6.      A "Request for Renewal of Judgment" filed November 7, 2007;

6      7.      A "Letter and Acknowledgment of Satisfaction of Judgment" filed

7                November 7, 2007; and

8      8.      A "Motion in Limine" filed November 13, 2007.

9      Because this Court construes filings of a *pro se* Plaintiff liberally, Plaintiff's numorous

10 filings will be treated as a request for reconsideration even though the filings are not labeled as

11 such. However, there is no legal or cognizable basis upon which Plaintiff's request may be

12 granted. Plaintiff has not alleged any additional cognizable new facts that would alter this Court's

13 conclusion that Plaintiff's claim is time-barred. Accordingly, Plaintiff's request for

14 reconsideration is denied.

15

16 IT IS SO ORDERED.

17

18 DATE: October 19, 2007                  _____

19                                              JEREMY FOGEL
                                             United States District Judge

1  Copies of Order mailed to:

2  D. Lin Mguyen
3  2174 Diana Place
   San Jose, CA   95116
4
   Phuc Dinh Do  phucdinhdo@gmail.com
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 06-05711 JF (PVT)
ORDER DENYING PLAINTIFF'S REQUEST FOR RECONSIDERATION
(JFLC3)