1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| D LIN NGUYEN, | ) | Case No.: C-06-5711 JF PVT |
| Plaintiff, | ) ) | ORDER RETURNING DOCUMENTS |
| v. | ) ) | |
| THE LAW OFFICE OF PHUC DINH DO ET AL, | ) ) ) | |
| Defendants. | ) ) | |

In November of 2006, Plaintiff D. Lin Nguyen mailed to Magistrate Judge Trumbull a stack of papers unrelated to any pending discovery dispute.[1] By Order dated December 15, 2006, the court returned the documents, explaining that this matter has been referred to Magistrate Judge Trumbull solely for discovery disputes relating to this action. The December 15, 2006 Order prohibited Plaintiff from sending documents to Judge Trumbull that did not relate to a pending discovery matter. On May 22, 2007, Judge Trumbull again received a packet of materials that did not relate to a pending discovery dispute. By Order dated May 23, 2007, the court returned Plaintiff's documents, with a copy of its Order, finding that the it would take no

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

action in relation to the documents.

In December of 2007, Plaintiff mailed to Magistrate Judge Trumbull three documents unrelated to any pending discovery dispute. The court notes that on October 12, 2007, Judge Fogel granted Defendant's motion for summary judgment and entered final judgment. Moreover, in an order filed November 19, 2007, the court denied Plaintiff's motion for reconsideration.

Accordingly, It Is Hereby Ordered that the documents are being returned to Plaintiff along with a copy of this Order and Judge Trumbull shall take no action in relation to these documents.

IT IS SO ORDERED.

Dated: *1/7/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

1 | copies mailed on 5/24/07 to:
2 | Plaintiff
3 | D. Lin Nguyen
  | 2174 Diana Place
4 | San Jose, CA 95116

/s/ Corinne Lew
CORINNE LEW
Courtroom Deputy