IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| D. LIN NGUYEN,<br><br>                Plaintiff,<br><br>   v.<br><br>PHUC DIN DO,<br><br>                Defendant. | Case Number C 06-05711 JF (PVT)<br><br>ORDER DENYING PLAINTIFF'S SECOND REQUEST FOR RECONSIDERATION |

      Plaintiff D. Lin Nguyen ("Plaintiff") filed the instant action on September 19, 2006 alleging attorney malpractice. On September 11, 2007, Defendant Phuc Din Do ("Defendant") filed a motion for summary judgment. Defendant's motion for summary judgment was noticed for a hearing on October 12, 2007. Neither party appeared. Accordingly, the Court took the motion under submission without oral argument. On October 12, 2007, the Court granted Defendant's motion for summary judgment and entered final judgment in favor of Defendant. On November 19, 2007, the Court denied Plaintiff's request for reconsideration because Plaintiff had not alleged any additional cognizable new facts that would alter this Court's conclusion that Plaintiff's claim is time-barred. Plaintiff now files a document with the Court entitled "Second

1 Request!!!"  The body of the document does not make clear what relief Plaintiff seeks.  To the
2 extent that Plaintiff seeks relief from judgment, that motion is denied.  Plaintiff is advised that
3 there appears to be no conceivable basis to seek further relief in this particular action, and he is
4 strongly discouraged from filing any further motions, letters, or other pleadings herein.  The Court
5 advises the Plaintiff that judgment has been entered against him in this case and his remedy is
6 now with the Ninth Circuit Court of Appeals.  Plaintiff should follow the applicable rules for the
7 notice and filing of any appeal.

IT IS SO ORDERED.

DATE: January 8, 2008

_____
JEREMY FOGEL
United States District Judge

Copies of Order mailed to:

D. Lin Nguyen
2174 Diana Place
San Jose, CA 95116

Phuc Dinh Do  phucdinhdo@gmail.com